947

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DOROTHY HARRIS *et al.*, Defendants-Appellants.

(Nos. 56605, 06, 07, 08 cons.;

First District (1st Division)—May 29, 1973.

PER CURIAM.

HALLETT, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Mark Collens and Robert M. Gray, Assistant Public Defenders, of counsel,) for appellants.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and Patricia C. Bobb, Assistant State's Attorneys, of counsel,) for the People.